# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANTILLAN LOPEZ,<br><br>              Petitioner,<br><br>    v.<br><br>GREG LEWIS, Warden,<br><br>              Respondent. | Case No. CV 11-1803-AHM (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted and that Grounds Three through Eight be dismissed without prejudice. Respondent shall file an Answer to Grounds One and Two of the Petition within thirty (30) days of entry of this Order. Petitioner may file a Reply within thirty (30) days of service of the Answer.

DATED: June 1, 2012

                                          A. HOWARD MATZ
                               UNITED STATES DISTRICT JUDGE