# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANTILLAN LOPEZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>GREG LEWIS, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-1803-AHM (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be denied and that Judgment be entered dismissing this action with prejudice.

DATED: September 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ A. Howard Matz
　　　　　　　　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE