JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANTILLAN LOPEZ,<br><br>        Petitioner,<br><br>    v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | Case No. CV 11-1803-AHM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 27, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS - 6